JAMES H. CASSIDY, Respondent, *v.* DAIRY PRODUCTS SERVICE STATION, INC., Appellant.

(Submitted September 28, 1931; decided October 6, 1931.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 257 N. Y. 527.)

WILLIAM H. McDONALD, Respondent, *v.* AMSTERDAM BUILDING COMPANY, Appellant.

(Submitted September 28, 1931; decided October 6, 1931.)

*Thomas F. Frawley* for motion.
*Albert Foreman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the appeal was improperly taken from the order of the Appellate Division and not from the final judgment.